## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-CR-00081 (RMC)** |
| | : | |
| v. | : | 18 U.S.C. § 371 (Conspiracy to Commit |
| | : | Theft of Government Property) |
| **SONAL PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

### SUPERSEDING INFORMATION

The United States charges that:

### COUNT ONE

1. From in or about October 2014 through in or about April 2017, within the District of Columbia and elsewhere, Defendant SONAL PATEL, together with other co-conspirators, known and unknown to the United States, did knowingly and willfully conspire, combine, confederate, and agree to commit offenses against the United States, that is, violations of Title 18, United States Code, Section 641 (theft of government property), in violation of Title 18, United States Code, Section 371 (conspiracy).

2. In furtherance of the conspiracy, and in order to effect the objects thereof, Defendant SONAL PATEL, together with other co-conspirators, known and unknown to the United States, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including, but not limited to, the following:

   a. Copying, emailing, transferring, and delivering property of the U.S. government, specifically U.S. Department of Homeland Security-Office of Inspector General software codes and keys, source code, database files, and personal identifying information of U.S. Department of Homeland Security employees to other co-conspirators; and

b. Copying, emailing, transferring, and delivering property of the U.S. government, specifically U.S. Postal Service-Office of Inspector General source code, database files, scripts, file server contents, and personal identifying information of U.S. Postal Service employees to other co-conspirators.

**(Conspiracy to Commit Theft of Government Property, in violation of Title 18, United States Code, Section 371)**

JESSIE K. LIU
UNITED STATES ATTORNEY
For the District of Columbia

By: _____
DAVID B. KENT
D.C. Bar No. 482850
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 272-7762
David.Kent@usdoj.gov

ANNALOU TIROL
ACTING CHIEF
Public Integrity Section

By: _____
VICTOR R. SALGADO
D.C. Bar No. 975013
Trial Attorney
Public Integrity Section, Criminal Division
1400 New York Avenue, N.W.
Washington, D.C. 20005
(202) 353-4580
Victor.Salgado@usdoj.gov

DATED: March 21, 2019