## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-00081 (RDM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SONAL PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully files this joint status report and requests and that this Court allow the parties to file its next status report on or before July 31, 2020. As grounds for this status report and request, the Government cites the following points and authorities.

1. On April 4, 2019, the Defendant appeared before this Court and pled guilty to one count of Conspiracy to Commit Theft of Government Property, in violation of 18 U.S.C. § 371, pursuant to a cooperation plea agreement. The Court released the Defendant on her personal recognizance. At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on June 5, 2019.

2. On June 5, 2019, the Defendant appeared before this Court for a status hearing. At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on September 10, 2019.

3. On September 6, 2019, this Court granted the government's unopposed motion to continue the September 10, 2019 status hearing in light of the Defendant's ongoing cooperation, and continued the case for further status on December 4, 2019.

4. On December 3, 2019, this Court granted the government's unopposed motion to continue the December 4, 2019 status hearing in light of the Defendant's ongoing cooperation, and ordered the parties to file a joint status report by February 28, 2020.

5. The parties filed a joint status report on February 28, 2020 (ECF No. 15) and the Court ordered the parties to file its next status report on or before April 30, 2020.

6. The Defendant's cooperation is ongoing. Accordingly, the parties are requesting that the Court allow the parties to file its next status report on or before July 31, 2020.

7. On April 30, 2020, the government conferred with counsel for the Defendant, Thomas Hill, Esq., who concurs with this status report and request.

Respectfully submitted,

| | |
|---|---|
| TIMOTHY J. SHEA<br>UNITED STATES ATTORNEY<br>For the District of Columbia | COREY R. AMUNDSON<br>CHIEF<br>Public Integrity Section |
| By:  /s/  <br>DAVID B. KENT<br>D.C. Bar No. 482850<br>Assistant United States Attorney<br>Fraud & Public Corruption Section<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-7762<br>David.Kent@usdoj.gov | By:  /s/  <br>VICTOR R. SALGADO<br>D.C. Bar No. 975013<br>Trial Attorney<br>Public Integrity Section, Criminal Division<br>1331 F Street, N.W.<br>Washington, D.C. 20004<br>(202) 353-4580<br>Victor.Salgado@usdoj.gov |