# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-00081 (RDM)** |
| | : | |
| v. | : | |
| | : | |
| **SONAL PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, by and through the undersigned attorneys, hereby respectfully files this joint status report and requests that this Court allow the parties to file its next status report on or before July 30, 2021. As grounds for this status report and request, the Government cites the following points and authorities.

1. On April 4, 2019, the Defendant appeared before this Court and pled guilty to one count of Conspiracy to Commit Theft of Government Property, in violation of 18 U.S.C. § 371, pursuant to a cooperation plea agreement. The Court released the Defendant on her personal recognizance. At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on June 5, 2019.

2. On June 5, 2019, the Defendant appeared before this Court for a status hearing. At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on September 10, 2019.

3. On September 6, 2019, this Court granted the government's unopposed motion to continue the September 10, 2019 status hearing in light of the Defendant's ongoing cooperation, and continued the case for further status on December 4, 2019.

4. On December 3, 2019, this Court granted the government's unopposed motion to continue the December 4, 2019 status hearing in light of the Defendant's ongoing cooperation and ordered the parties to file a joint status report by February 28, 2020.

5. The parties filed a joint status report on February 28, 2020 (ECF No. 15), and subsequent reports on April 30, 2020 (ECF No. 16), July 28, 2020 (ECF No. 17) and October 30, 2020 (ECF No. 18).

6. The Defendant's cooperation is ongoing. Accordingly, the parties are requesting that the Court allow the parties to file its next status report on or before July 30, 2021.

7. On April 13, 2021, the government conferred with counsel for the Defendant, Thomas Hill, Esq., who concurs with this status report and request.

Respectfully submitted,

CHANNING D. PHILLIPS  
ACTING UNITED STATES ATTORNEY  
For the District of Columbia

By: /s/ Anne P. McNamara  
ANNE P. MCNAMARA  
D.C. Bar No. 1006550  
Assistant United States Attorney  
555 4th Street, N.W.  
Washington, D.C. 20530  
(202) 809-3502  
Anne.McNamara2@usdoj.gov

COREY R. AMUNDSON  
CHIEF  
Public Integrity Section

By: /s/ Victor R. Salgado  
VICTOR R. SALGADO  
D.C. Bar No. 975013  
Senior Litigation Counsel  
Public Integrity Section, Criminal Division  
1331 F Street, N.W.  
Washington, D.C. 20004  
(202) 353-4580  
Victor.Salgado@usdoj.gov