**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-CR-00081 (RDM)** |
| | : | |
| **v.** | : | |
| | : | |
| **SONAL PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

The United States of America, by and through the undersigned attorneys, hereby respectfully files this joint status report and requests and that this Court allow the parties to file its next status report on or before February 1, 2022.   As grounds for this status report and request, the Government cites the following points and authorities.

1.        On April 4, 2019, the Defendant appeared before this Court and pled guilty to one count of Conspiracy to Commit Theft of Government Property, in violation of 18 U.S.C. § 371, pursuant to a cooperation plea agreement.  The Court released the Defendant on her personal recognizance.   At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on June 5, 2019.

2.        On June 5, 2019, the Defendant appeared before this Court for a status hearing.   At the request of the parties, and in light of the Defendant's ongoing cooperation, this Court continued the case for further status on September 10, 2019.

3.        On September 6, 2019, this Court granted the government's unopposed motion to continue the September 10, 2019 status hearing in light of the Defendant's ongoing cooperation, and continued the case for further status on December 4, 2019.

4.      On December 3, 2019, this Court granted the government's unopposed motion to continue the December 4, 2019 status hearing in light of the Defendant's ongoing cooperation, and ordered the parties to file a joint status report by February 28, 2020.

5.      The parties filed a joint status report on February 28, 2020 (ECF No. 15), and subsequent reports on April 30, 2020 (ECF No. 16), July 28, 2020 (ECF No. 17), April 13, 2021 (ECF No. 20), and July 29, 2021 (ECF No. 21).   Pursuant to the Court's July 30, 2021 Minute Order, the next status report is due on or before October 28, 2021.

7.      The Defendant's cooperation is ongoing.   Accordingly, the parties are requesting that the Court allow the parties to file its next status report on or before February 1, 2022.

8.      On October 27, 2021, the government conferred with counsel for the Defendant, Thomas Hill, Esq., who concurs with this status report and request.

Respectfully submitted,

CHANNING D. PHILLIPS                       COREY R. AMUNDSON
ACTING UNITED STATES ATTORNEY             CHIEF
For the District of Columbia               Public Integrity Section

By:  /s/ Anne P. McNamara                  By:  /s/ Victor R. Salgago
ANNE P. MCNAMARA                          VICTOR R. SALGADO
D.C. Bar No. 1006550                       D.C. Bar No. 975013
Assistant United States Attorney           Senior Litigation Counsel
555 4th Street, N.W.                       Public Integrity Section, Criminal Division
Washington, D.C. 20530                     1331 F Street, N.W.
(202) 809-3502                             Washington, D.C. 20004
Anne.McNamara2@usdoj.gov                   (202) 353-4580
                                           Victor.Salgado@usdoj.gov

2