**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No.: 19-cr-81 (RDM)** |
| **v.** | : | |
| | : | |
| **SONAL PATEL,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>NOTICE OF WITHDRAWAL</u>

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that Assistant United States Attorney **Christine Macey**,

as counsel for the United States, is terminating her appearance as counsel of record in this matter.

All other government counsel noted on the docket at the time of this filing will remain counsel for

the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ *Christine M. Macey*
CHRISTINE M. MACEY
D.C. Bar No. 1010730
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20579
(202) 252-7058
Christine.Macey@usdoj.gov